# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>MAMTA BOLA, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-01286-JLT-EPG<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 12). |

    Darren Gilbert commenced this action against Mamta Bola and Amarjit Singh, alleging claims under the American with Disabilities Act, California's Unruh Civil Rights Act, and California's Health and Safety Code. (Doc. 1.) The Clerk of the Court entered default against Defendants upon Plaintiff's request. (Docs. 6, 7, 8, 9.) On January 20, 2023, the assigned magistrate judge issued an order directing Plaintiff to show cause why the Court should not decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim. (Doc. 10.) Plaintiff filed a response to the order to show cause on February 1, 2023. (Doc. 11.)

    The assigned magistrate judge subsequently issued findings and recommendations recommending that supplemental jurisdiction over Plaintiff's Unruh Act claim be declined, and that Plaintiff's Unruh Act claim be dismissed without prejudice to Plaintiff filing the claim in state court. (Doc. 12, p. 7.) The Court served the findings and recommendations on Plaintiff and notified him that any objections thereto were to be filed within 14 days after service. (*Id.*) Plaintiff filed no objections, and the time to do so has expired.

1

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The February 10, 2023 findings and recommendations (Doc. 12) are **ADOPTED IN FULL**.
2. The Court **DECLINES** to exercise Supplemental jurisdiction over Plaintiff's Unruh Act claim.
3. Plaintiff's Unruh Claim is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing the claim in state court.

IT IS SO ORDERED.

Dated:   **March 7, 2023**

UNITED STATES DISTRICT JUDGE

2