1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Darren Gilbert

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>vs.<br><br>MAMTA BOLA, individually and dba AMAR FASHION & GROCERY BAZAAR;<br>AMARJIT SINGH, individually and dba AMAR FASHION & GROCERY BAZAAR;<br><br>   Defendants. | Case No. 1:22-cv-01286-JLT-EPG<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 19, 2023<br>Time: 10:00 a.m.<br>Courtroom: 10 (6th Floor)<br>Magistrate Judge Erica P. Grosjean |

**PLEASE TAKE NOTICE THAT** on March 24, 2023 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 10 of Magistrate Judge Erica P. Grosjean, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street in Fresno, California, Plaintiff, Darren Gilbert ("Plaintiff"), by and through his attorney of record, Tanya E. Moore of the Moore Law Firm, P.C., will move the Court for a default judgment against Defendants, Mamta Bola, individually and dba Amar Fashion & Grocery Bazaar and Amarjit Singh, individually and dba Amar Fashion & Grocery Bazaar ("Defendants"). The clerk previously entered the default of Defendants on December 9, 2022 and January 10, 2023 (Dkts. 7 and 9).

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. On October 7, 2022, Plaintiff filed a Complaint against Defendants;

1     2.      Defendants have not appeared in this action;

2     3.      Defendants are not minors, incompetent persons, or persons in the military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the Complaint, to wit: Defendants violated Plaintiff's civil rights pursuant to Title III of the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12181-12189) in that Defendants' public accommodation posed architectural barriers that interfered with Plaintiff's ability to use and enjoy the goods, services, privileges, and accommodations offered at the facility, and Plaintiff is entitled to an injunction requiring Defendants to remove said architectural barriers; and

5. Plaintiff is entitled to recover his reasonable attorney's fees and costs in the amount of $3,557.87, plus additional attorneys' fees as a result of Plaintiff's appearance at this hearing (if any is required), which additional amount will be offered at the hearing once the appropriate amount is ascertained.

This application is based upon this Notice; the Memorandum of Points and Authorities; the Declarations of Attorney Tanya E. Moore, Paralegal Whitney Law, and Paralegal Isaac Medrano, the pleadings, files and records on file in this matter; and on such other information as may be presented at the hearing on this motion.

Dated: April 4, 2023                          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

Page 2