UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 1:22-cv-01286-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| MAMTA BOLA, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72 and Local Rule 302(c)(19).  On November 20, 2023, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  That period has passed, and the parties have not filed objections.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full.
2. Plaintiff's motion for default judgment (ECF No. 14) is GRANTED in part.
3. Judgment is entered in plaintiff's favor and against defendants.
4. Plaintiff is awarded attorneys' fees and costs in the amount of $3,557.87.
5. Defendants shall, within six (6) months of the date of this order, make the following changes at the property known as Amar Fashion and Grocery Bazaar, located at 1081 Lander Avenue in Turlock, California (facility), in compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24:
    a. Provide a properly configured and identified accessible parking stall with adjacent access aisle connected via an accessible route to an accessible facility entrance, and post prominent directional signage at the front of the building indicating the location of such parking if it is located in the rear parking lot;
    b. Provide properly configured curb ramp serving the accessible entrance to the facility;
    c. Provide and maintain proper clear width of the routes of travel through public areas of the interior of the facility; and
    d. Provide a properly configured accessible transaction counter.
6. Plaintiff's request for $4,000 in statutory damages is denied as moot.
7. The Clerk of Court is directed to close this case.

DATED: April 15, 2024.

CHIEF UNITED STATES DISTRICT JUDGE