## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DARREN GILBERT,**

CASE NO: **1:22–CV–01286–KJM–CSK**

v.

**MAMTA BOLA, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/16/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **April 16, 2024**

by: /s/  A. Woodson
Deputy Clerk